WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MICHAEL SUMPTER,**                     CV # 10-85-BR

    Plaintiff,

vs.                               ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

    A supplemental award of attorney fees in the amount of $1,633.54 is hereby granted to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Subject to offset under the Treasury Offset Program (if any), the check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

    DATED this 22nd day of November, 2011.

_____
United States District Judge

Submitted by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1